UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NOV 22 2006

BANCORPSOUTH BANK,
               Plaintiff,

**STIPULATION OF VOLUNTARY DISMISSAL**

v.

Civil Action No.: 5:06-CV-0777
(NAM/GJD)

ALBERT PREVOT,
               Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record for all parties herein that:

(1) Plaintiff's Summons with Notice of Motion for Summary Judgment in Lieu of Complaint, filed with the Onondaga County Clerk's Office on March 30, 2006, shall be and is hereby withdrawn; and

(2) Plaintiff's Amended Notice of Motion for Summary Judgment in Lieu of Complaint dated May 30, 2006, shall be and is hereby withdrawn; and

(3) Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action shall be and is hereby dismissed without prejudice and without costs to either party.

Signed on: November 22, 2006

**MENTER, RUDIN & TRIVELPIECE, P.C.**
*Attorneys for Plaintiff*

By: _____
Mitchell J. Katz, Esq.
Bar Roll No.: 301057
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: 315-474-7541

Signed on: November 21, 2006

**BOND, SCHOENECK & KING, PLLC**
*Attorneys for Defendant*

By: _____
Jonathan B. Fellows, Esq.
Bar Roll No.: 101628
One Lincoln Center
Syracuse, New York 13202
Telephone: 315-218-8000

Dated: November 22, 2006

**SO ORDERED:**

_____
Hon. Norman A. Mordue
United States District Judge